**Katrina WHITMORE, Respondent,**

v.

**David WHITMORE, Appellant.**

**WD 78883**

Missouri Court of Appeals,
Western District.

Order filed: July 19, 2016

James T. Cook, for Respondent

Michael C. McIntosh and Jeanne M. Foster, for Appellant

Before Division Three: Victor C. Howard, Presiding Judge, Lisa White Hardwick, Judge and James E. Welsh, Judge

**ORDER**

PER CURIAM:

David Whitmore ("Husband") appeals the trial court's judgment of dissolution of marriage, specifically the characterization and division of the parties' property. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).